# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

HELEN AUSTIN, Individually and on
behalf of the Estate of NATHANIEL PHIPPS, deceased
and Eunice Richardson, Individually                          PLAINTIFFS

v.                                        CIVIL ACTION NO. 3:06-CV-96-SA

THE SCHMIDT AND MCGARTLAND FIRM, PLLC, et al.
                                                             DEFENDANTS

## AGREED ORDER DISMISSING THE SCHMIDT AND McGARTLAND FIRM, PLLC, WITHOUT PREJUDICE

THIS DAY this cause came on for hearing on Motion *ore tenus* of the parties for the entry of an order dismissing The Schmidt and McGartland Firm, PLLC, without prejudice, and the Court having heard and considered the same finds that said Motion is well taken and should be granted.

IT IS THEREFORE, ORDERED AND ADJUDGED, that the Defendant, The Schmidt and McGartland Firm, PLLC, is hereby dismissed and discharged from this action without prejudice.

SO ORDERED AND ADJUDGED, this the 2nd day of January, 2008.

/s/ Sharion Aycock
DISTRICT COURT JUDGE

APPROVED AND AGREED:

/s/Michael V. Cory, Jr.
Michael V. Cory, Jr.
*Attorney for The Schmidt and*
*McGartland Firm, PLLC*


/s/Phillip Thomas, Esq.
Phillip Thomas, Esq.
*Attorney for Plaintiffs*